829 A.2d 651

IN THE MATTER OF DIANE S. AVERY, AN ATTORNEY
AT LAW (ATTORNEY NO. 025481981).

August 25, 2003.

## *O R D E R*

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **DIANE S. AVERY** of **RIDGEFIELD**, who was admitted to the bar of this State in 1981, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **DIANE S. AVERY** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DIANE S. AVERY** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that **DIANE S. AVERY** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **DIANE S. AVERY**, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court.